PATERNO v. DUNHAM.

(Supreme Court, Appellate Term, First Department. December 18, 1913.)

LANDLORD AND TENANT (§ 178*)—EVICTION—WAIVER.

A tenant, who signs a new lease for the premises after the discovery of a condition of the premises, thereby waives a right to claim a constructive eviction by reason of the condition, in the absence of anything to show that he relied on the landlord's promise to remedy the conditions.

[Ed. Note.—For other cases, see Landlord and Tenant, Cent. Dig. § 713; Dec. Dig. § 178.*]

Appeal from Municipal Court, Borough of Manhattan, Fifth District.

Action by Carolina T. Paterno against Myrtle Dunham. From a judgment of the Municipal Court for defendant, plaintiff appeals. Reversed, and new trial granted.

Argued November term, 1913, before LEHMAN, PAGE, and WHITAKER, JJ.

Ernst, Lowenstein & Cane, of New York City, for appellant.
Roger J. Heisler, of New York City, for respondent.

PER CURIAM. Judgment reversed, and new trial granted, with costs to appellant to abide the event, upon the ground that the defendant waived any right she may have had to claim a constructive eviction by signing a new lease for the premises after discovery of the conditions; there being no sufficient testimony to show that she did so in reliance upon any promise to remedy the conditions.

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes